7948

HAZARD v. SOUTHERN LIFE INS. CO.

Ruled by case of *Lancaster* v. *Southern Life Insurance Co., post,* 179.

Before DeVore, J., Richland, November, 1910. Affirmed.

Action by J. I. Hazard against Southern Life Insurance Company. Defendant appeals.

*Messrs. Willcox, Willcox* and *Henry E. Davis,* for appellant.

*Messrs. Lyles & Lyles,* contra.

July 7, 1911. The opinion of the Court was delivered by

Mr. Justice Gary. The facts herein, are similar to those in the case of *Lancaster* v. *Southern Life Ins. Co.,* and the opinion which has just been filed in that case, is conclusive of the questions raised by the appeal in this case.

Judgment affirmed.